*In re* **FERRIGNO**, Kenneth J. (MR 20456)
Skokie, IL

Order of the Court:

The motion by Kenneth J. Ferrigno to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.